# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRAIG CONNELL,

    Plaintiff,

v.                                                                           Case No:   6:23-cv-1142-GAP-DCI

EXPERIAN INFORMATION
SOLUTIONS, INC, EQUIFAX
INFORMATION SERVICES LLC,
TRANSUNION LLC and
EDFINANCIAL SERVICES, LLC,

    Defendants

---

**ORDER OF DISMISSAL OF TRANSUNION LLC WITHOUT PREJUDICE**

Upon consideration of the Notice of Settlement as to Defendant TransUnion LLC (Doc. 27), it is

**ORDERED** that this case against Defendant TransUnion LLC is DISMISSED without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment.   Any pending motions relating to this defendant are **DENIED** as moot.   The Clerk is directed terminate Defendant Transunion LLC.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 2nd, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties