# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRAIG CONNELL,

             Plaintiff,

v.                                      Case No:   6:23-cv-1142-GAP-DCI

EXPERIAN INFORMATION
SOLUTIONS, INC, TRANS
UNION LLC and
EDFINANCIAL SERVICES, LLC,

             Defendants

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation of Dismissal with Prejudice as to Trans Union LLC (Doc. 29), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Defendant Trans Union LLC is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions relating to that defendant are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 22, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties