# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRAIG CONNELL,

        Plaintiff,

v.                                          Case No:   6:23-cv-1142-GAP-DCI

EXPERIAN INFORMATION
SOLUTIONS, INC and
EDFINANCIAL SERVICES, LLC,

        Defendants

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 7, 2023, the Court issued an Order (Doc. 31) directing the Plaintiff to file a written response as to why the case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of the Case Management Report within the time prescribed by Local Rule 3.02(b)(1).   Plaintiff has failed to respond.   It is therefore

**ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute. Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 28, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties